NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Geoffrey A. Neri (SBN 258802)
geoff@bnsklaw.com
BROWN, NERI, SMITH & KHAN LLP
11766 Wilshire Blvd., Suite 1670
Los Angeles, California 90025
Tel: (310) 593-9890
Fax: (310) 593-9980

ATTORNEY(S) FOR: Plaintiffs Standard Furniture Manufacturing Co., Inc. and International Furniture Marketing, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANDARD FURNITURE MANUFACTURING COMPANY, INC., an Alabama corporation et al.<br><br>Plaintiff(s),<br>v.<br>LF PRODUCTS PTE LTD., a Singapore corporation et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>8:16-cv-02097<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Standard Furniture Manufacturing, Co. Inc., International Furniture Marketing or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Standard Furniture Manufacturing Company, Inc. | Plaintiff |
| International Furniture Marketing, Inc. | Plaintiff |
| LF Products PTE LTD | Defendant |
| Alton Irvine, Inc. d/b/a True Innovations | Defendant |
| True Designs, Inc. | Defendant |

November 22, 2016
Date

/s/ Geoffrey A. Neri
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs

CV-30 (05/13)                NOTICE OF INTERESTED PARTIES